UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 18-23973-CIV-WILLIAMS

JESUS ANGEL YANES,

    Plaintiff,

vs.

NANCY A. BERRYHILL,
Acting Commissioner of the Social
Security Administration,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on (DE 35) Magistrate Judge Torres' Report and Recommendation. Plaintiff filed objections to the Report (DE 36), and Defendant filed a response to Plaintiff's objections (DE 37).

Plaintiff filed this action challenging the Social Security Administration's denial of his request for disability benefits based on his alleged gout and bipolar disorder. In his Report, Judge Torres concludes that the Administrative Law Judge applied the correct legal standards when reaching his disability determination and that substantial evidence supported the ALJ's decision. Based on an independent review of the Report, the record, and applicable law, the Court agrees. Accordingly, it is **ORDERED AND ADJUDGED** that:

    1.    The Report (DE 35) is **AFFIRMED AND ADOPTED**.

    2.    Plaintiff's motion for summary judgment (DE 30) is **DENIED.**

    3.    Defendant's motion for summary judgment (DE 31) is **GRANTED.**

    4.    The Administrative Law Judge's determination in this matter is **AFFIRMED.**

      5.      This case is **DISMISSED**.

      6.      The Clerk is directed to **CLOSE** this case, and all pending deadlines and hearings are **CANCELLED.**

      **DONE AND ORDERED** in chambers in Miami, Florida, this <u>15th</u> day of September, 2020.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE